IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN ALLEN RAMIREZ,          )<br>                              )<br>         Plaintiff,           )<br>                              )<br>     v.                       )<br>                              )<br>UNKNOWN,                      )<br>                              )<br>         Defendant.           )<br>_____) | No. C 12-0284 LHK (PR)<br><br>JUDGMENT |

The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 3/7/12

_Lucy H. Koh_
LUCY H. KOH
United States District Judge